## STATE OF MARYLAND *v.* CHARLES WILLIAM McCOY

[No. 76, September Term, 1983.]

*Decided September 8, 1983.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

### PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above captioned case, it is this 8th day of September, 1983

ORDERED, by the Court of Appeals of Maryland, that the case be remanded to the Court of Special Appeals of Maryland for reconsideration in light of *State v. Collins,* No. 105, September Term, 1982, decided September 8, 1983 and *Simkus v. State,* No. 107, September Term, 1982, decided September 8, 1983.